# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Jose Antonio Garcia Gallegos,

Petitioner,

v.

Eric Rokosky, et al.,

Respondents.

No. CV-26-07230-PHX-RM

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241, challenging his immigration detention. (Doc. 1.)

The Court ordered Respondents to respond. (Doc. 3.) In their Response, Respondents state that Petitioner is held under the authority of 8 U.S.C. § 1226, that he may have an arrest that would disqualify him for release on bond, and that "Respondents do not oppose a bond hearing at this time to resolve this issue in immigration court." (Doc. 5.) The Court accepts this concession as non-opposition to granting the Petition in part and granting a bond hearing.

**IT IS ORDERED:**

(1) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted in part** as described herein.

(2) Respondents must provide Petitioner a bond redetermination hearing within **seven (7) days** or release Petitioner from custody under the same conditions that existed before Petitioner's detention.

(3) Respondents must provide a notice of compliance within **three (3) days** of releasing Petitioner or providing Petitioner a bond hearing.

(4) Any pending motions are denied as moot and the Clerk of Court must enter judgment in Petitioner's favor and close this case.

Dated this 19th day of October, 2026.

Honorable Rosemary Márquez
United States District Judge